PER CURIAM.
 

 This is an appeal of orders entered in matrimonial proceedings. Most of the appellant former wife’s arguments claim error in the final judgment. However, the notice of appeal is untimely with regard to the final judgment, the order on the former husband’s motion for rehearing, and the former wife’s emergency motion to vacate. We therefore do not consider the former wife’s arguments related to the final judgment and the just-mentioned orders.
 

 The former wife has appealed several postjudgment orders.
 
 See
 
 Fla. R.App. P. 9.130(4). With regard to the former wife’s motion to modify visitation, the trial court denied the motion without prejudice to the former wife to file a supplemental petition to modify visitation. This ruling allows the former wife to file a supplemental petition on
 
 Florida Family Law Form
 
 12.905(a) if she chooses to do so.
 

 We see no abuse of discretion in the remaining orders that the former wife challenges
 
 See Canakaris v. Canakaris,
 
 382 So.2d 1197 (Fla.1980).
 

 Affirmed.